UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x

JOSE ZARZUELA, Individually, and On
Behalf of All Others Similarly Situated,

                                       Plaintiff,

     vs.

ZERO ODOR COMPANY, LLC,

                              Defendants.

———————————————————————— x

    Index No.: 1:22-cv-10973

    **NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff JOSE ZARZUELA hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice against defendant ZERO ODOR COMPANY, LLC,

DATED:  August 2, 2023

**MIZRAHI KROUB LLP**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may file a notice of dismissal to dismiss an action without a court order prior to the opposing party serving an answer or a motion for summary judgment. *Accord* Fed. R. Civ. P. 41(a)(1)(B) (permitting notice of dismissal with prejudice). Accordingly, the Clerk of Court is respectfully directed to close this case.

                   /s/ Edward Y. Kroub
                   EDWARD Y. KROUB

EDWARD Y. KROUB
225 Broadway, 39th Floor
New York, NY  10007
Telephone:  212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com

SO ORDERED.
Date: August 4, 2023
New York, New York

JOHN P. CRONAN
United States District Judge

*Attorneys for Plaintiff*